COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Arnold Shields, Individually, d/b/a Galveston Service Company, d/b/a Blu Shields Construction, and Blu Shields Construction, LLC v. Commercial State Bank, Douglas Faver, Scott Conkling, Melissa Conkling, Suzanne Hubbard, Daniel Jurgena, Roxanne Tomolialo, Joseph Cox, Thomas Walsh and Gina F. Dominique

Appellate case number: 01-16-00643-CV

Trial court case number: 2015-06750

Trial court: 129th District Court of Harris County

On November 1, 2016, this Court's Order, among other things, dismissed as moot the pro se appellants' amended motion to compel the district clerk to produce all items requested on their requests and directed appellants to retain counsel for Blu Shields Construction, LLC, within thirty days of that Order, or else that appellant may be dismissed without further notice. On November 29, 2016, the pro se appellants filed a "Motion for Continuance for the Brief of Appellants," requesting a ninety-day extension of time to file their brief because, among other reasons, they submitted a fourth request to the district clerk on November 29, 2016, for such items as a "Copy of all notices sent out by U.S. Mail, email's, text's related to Cause No. 2015-06750."

The clerk's record, with the standard list of documents, was already picked up by the pro se appellants from the Clerk of this Court on November 16, 2016. Appellants are notified that any additional items must be specifically described in a request to the district clerk who "will disregard a general designation, such as one for 'all papers filed in the case.'" TEX. R. APP. P. 34.5(b)(2).

Although the clerk's record was filed in this Court on November 11, 2016, the Clerk of this Court notified appellants on September 14, 2016, that the reporter's record

was not filed due to appellants' failure to request and pay for it.  That notice also notified appellants that this Court may set the briefing schedule and decide the appeal without the reporter's record unless appellants filed evidence of requesting and paying for that record by September 26, 2016.  Although the pro se appellants failed to respond timely to the Clerk's notice, they also requested more time to file their brief because they need more time to find counsel for Blu Shields Construction, LLC.  Thus, appellants' extension request is **GRANTED, in part, for 30 days** from the date of this Order.

Accordingly, appellants are **ORDERED** either to find counsel who shall file a notice of appearance **within 30 days of this order** or else the pro se appellants must request and pay, or make arrangements to pay, for the reporter's record **within 30 days of this order**.  If appellants fail to comply with this Order in a timely manner, this Court will dismiss Blu Shields Construction, LLC, and set the briefing schedule and consider and decide this appeal on those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c)(1), (2), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
⊠  Acting individually

Date:  December 6, 2016